UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH REID,

      Plaintiff,

vs.

                                        E.D. Mich. No. 2:11-CV-14194
                                        Hon. Robert H. Cleland
HURLEY MEDICAL CENTER,          Magistrate Judge R. Steven Whalen

      Defendant.
_____/

**GLENN M-D COTTON, PLC**              **THE WILLIAMS FIRM, P.C.**
By: Glenn M-D Cotton (P-54162)      By: Kendall B. Williams (P-27896)
Attorney for Plaintiff                     Timothy R. Winship (P-44779)
703 S. Grand Traverse                 Attorneys for Defendant
Flint, MI 48502                           8263 S. Saginaw St., Ste. 6
(810) 234-1529                            Grand Blanc, MI 48439
_____/    (810) 695-7777

## ORDER OF DISMISSAL

This matter having come before the Court on Plaintiff's voluntary dismissal with prejudice, and the Court having reviewed the file and being otherwise advised in the premises;

**IT IS HEREBY ORDERED,** that the above cause is dismissed with prejudice in its entirety as to Defendant Hurley Medical Center, without costs and/or attorney fees to any party.

                                            s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: November 16, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 16, 2011, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522