**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KEITH REID,

      Plaintiff,

v.                                                            Case No. 11-14194

HURLEY MEDICAL CENTER,

      Defendant.

_____/

**ORDER DENYING PLAINTIFF'S "MOTION FOR EMPLOYMENT DISCRIMINATION"**

      In June 2011, Plaintiff Keith Reid, with the assistance of counsel, filed a lawsuit

against Defendant Hurley Medical Center.  Plaintiff voluntarily dismissed the case with

prejudice, which this court ordered on November 16, 2011.  On February 21, 2013,

Plaintiff, without the assistance of counsel, filed a "motion for employment

discrimination."  (Dkt. # 6.)  The court will dismiss the motion for two reasons.  First, the

motion is improvidently filed.  A person represented by counsel must speak through

counsel.  The present motion was not filed by Plaintiff's counsel, but rather by Plaintiff

himself.  Second, after reviewing the motion, the court finds that no basis for relief has

been presented in the motion or can be imagined by the court.  This case was

dismissed on November 16, 2011, and no appeal was filed.  The matter is concluded,

and the motion is without merit.  Accordingly,

IT IS ORDERED that Plaintiff's "motion for employment discrimination" [Dkt. # 6]

is DENIED.

                                         s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, March 18, 2013, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522